JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER TERRELL DICKSON, <br> Petitioner, <br> v. <br> W. J. SULLIVAN, Warden, <br> Respondent. | Case No. 2:17-cv-08290-DOC (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed and the action dismissed with prejudice.

DATED: February 26, 2018

/s/ David O. Carter

HON. DAVID O. CARTER
U.S. DISTRICT JUDGE